UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 06-cv-17430-WYD-CBS (MDL Docket No. 1743)

IN RE AMERICAN FAMILY MUTUAL INSURANCE CO. OVERTIME PAY LITIGATION

**ORDER**

THIS MATTER is before the Court upon a review of the file and the Transfer Order issued by the Judicial Panel on Multidistrict Litigation on February 13, 2006. This Court previously scheduled a hearing on Defendant American Family Mutual Insurance Company's Motion for Summary Judgment on **Wednesday, March 8, 2006**. However, given the recent consolidation of this litigation for pretrial purposes, the Court believes that the hearing should be converted to a Status Conference to include all parties to the combined action. Therefore, it is hereby

ORDERED that the Court shall conduct a Status Conference in this matter on **Wednesday, March 8, 2006, at 9:00 a.m., at 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.** Counsel for all parties in the combined action shall attend. It is

FURTHER ORDERED that on or before **Monday, March 6, 2006,** counsel for Plaintiff Robert Schultz and counsel for Defendant American Family Mutual Insurance Company in *Schultz v. American Family Mutual Insurance Company*, 04-cv-05512 (N.D. Illinois), shall file a short status report in the combined action that addresses the following issues:

1. The status of discovery in the *Schultz* case, including a summary of all discovery completed to date, an estimated time for completion of remaining discovery, and any outstanding discovery issues.

2. The status of the sending of Notice to potential plaintiffs in the *Schultz* case;

3. The status of any dispositive motions in the *Schultz* case;

4. Any other matters the parties believe should be brought to the Court's attention that relate to any other pretrial aspect of the combined action.

It is

FURTHER ORDERED that the trial in *Baldoizer v. American Family Mutual Insurance Company*, 04-cv-02174 (D. Colo.), previously set to commence August 14, 2006, is **VACATED**.

Dated: February 27, 2006

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    Wiley Y. Daniel
                                                    U. S. District Judge